THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v FAYE DUNN, Respondent.

Submitted May 9, 2005; decided June 7, 2005

Motion for assignment of counsel granted and Steven Feldman, Esq., 626 EAB Plaza, West Tower, 6th Floor, Uniondale, New York 11556 assigned nunc pro tunc as counsel to the respondent on the appeal herein [*see* 4 NY3d 495].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN MOORE, Appellant.

Submitted May 23, 2005; decided June 7, 2005

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW WALDRON, Appellant.

Submitted May 31, 2005; decided June 7, 2005

Motion for substitution of assigned counsel granted and David J. Wukitsch, Esq., care of McNamee Lochner Titus & Williams, P.C., 75 State Street, P.O. Box 459, Albany, New York 12201 is assigned in the place and stead of J. Scott Porter, Esq., as counsel to the appellant on the appeal herein.